General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Ryan Cole Petrea

Case Number: 2:15 CV 493

List the full name of each plaintiff in this action.

VS.

Marriott International, Inc.

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

  A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____ Yes __X__ No

  B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

  1. Approximate file date of lawsuit: _____

  2. Parties to previous lawsuit(s):

     Plaintiff _____

     Defendant _____

  Attach a separate piece of paper for additional plaintiffs or defendants.

  3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

     _____

  4. Docket number in other court. _____

  5. Name of judge to whom the case was assigned.

     _____

  6. Disposition: Was the case dismissed, appealed or still pending?

     _____

  7. Approximate date of disposition. _____

III. Parties to this suit:

   A. List the full name and address of each plaintiff:

   Pla #1 __Ryan Cole Petrea__

   __331 Dehart rd__

   __Diana, TX 75640__

   Pla #2 _____

   _____

   _____

   B. List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1: __Marriott International, Inc.__

   __10400 Fernwood Road__

   __Bethesda, MD 20817__

   Dft #2: _____

   _____

   _____

   Dft #3 _____

   _____

   Attach a separate sheet for additional parties.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

I was refused service at Residence Inn Ft. Worth Fossil Creek due to the fact that I have a Service Dog.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

$500,000. for violating anti-discriminatory statues on federal, and state levels. $250,000. for emotional distress and mental distress.

Signed this __10th__ day of __April__, 20 __15__
                                                           (Month)                      (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __4/13/15__
                 Date

Signature of each plaintiff