IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RYAN COLE PETREA, | § § | |
| v. | § § | Case No. 2:15-CV-00493-JRG-RSP |
| MARRIOTT INTERNATIONAL, INC. | § | |

### ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne, which recommended that the motion for summary judgment filed by Marriott International, Inc. ("Marriott") be granted. No objections were filed, and the time to do so has now passed. *See* Fed. R. Civ. P. 72(b)(2). Having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly,

It is **ORDERED**:

(1) Magistrate Judge Payne's Report and Recommendation, Dkt. 14, is **ADOPTED**.

(2) Marriott's motion for summary judgment, Dkt. 12, is **GRANTED**. An Order entering Final Judgment will follow.

**So Ordered this**
**Sep 25, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE